KNICKERBOCKER ICE COMPANY, Respondent, *v.* THE
CITY OF NEW YORK, Appellant.

*Tax — New York city — assessment for paving — ordinance authorizing
assessment of owners or occupants of houses or lots benefited — when
assessment against owner of rights of cranage and wharfage invalid.*

*Knickerbocker Ice Co. v. City of New York,* 209 App. Div. 434,
affirmed.

(Argued December 2, 1924; decided December 16, 1924.)

APPEAL from a judgment, entered June 23, 1924, upon
an order of the Appellate Division of the Supreme Court
in the first judicial department, reversing a judgment in
favor of defendant entered upon a dismissal of the com-
plaint by the court at a Trial Term without a jury and
directing judgment in favor of plaintiff. The action was
brought to recover the amount of an assessment paid to
the city of New York for an alleged benefit to the property
of the plaintiff by reason of the paving of a portion of
East street. The ordinance, which is the only authority
for the assessment, confined the right to lay the assess-
ment among the owners or occupants of all the houses
or lots intended to be benefited thereby. The plaintiff
contended that the board of assessors were without
authority to make an assessment against its property,
since the same did not come within the classification of
houses and lots but consisted of incorporeal rights and
privileges only, namely, rights of cranage and wharfage.

*George P. Nicholson,* Corporation Counsel (*John F.
O'Brien, Elliot S. Benedict* and *Charles W. Miller* of
counsel), for appellant.

*Irving Zion* and *Herman Goldman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, POUND, CRANE, ANDREWS and LEH-
MAN, JJ. Absent: HISCOCK, Ch. J., and McLAUGHLIN, J.